FILED ✓     LODGED ___
RECEIVED ___     COPY ___

AUG 1 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

**REDACTED FOR**
**PUBLIC DISCLOSURE**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  **CR-18-08271-PCT-DJH (MHB)** |
| Plaintiff, | **INDICTMENT** |
| v. | VIO: 18 U.S.C. §§ 1153 and 113(a)(8) (CIR: Assault by Strangulation) Count 1 |
| Nathan Sutherland, | |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about July 12, 2018, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant NATHAN SUTHERLAND, an Indian, did intentionally, knowingly, and recklessly assault victim H.H., who was an intimate partner and a dating partner, by strangling and attempting to strangle her.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: August 14, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/*
ALEXANDER W. SAMUELS
Assistant U.S. Attorney