✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 29 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Nathan Sutherland<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. CR-18-08271-PCT-DJH |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Nathan Sutherland,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:1153 and 113(a)(8) CIR - Assault by Strangulation

Date: 08/15/2018

*Issuing officer's signature*

City and state: Phoenix, Arizona

Michelle Sanders, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/15/2018, and the person was arrested on *(date)* 8/27/2018
at *(city and state)* Tuba City, AZ.

Date: 8/29/2018

by: _____
*Arresting officer's signature*

arrested by Navajo Dept of Public Safety
*Printed name and title*