FILED ____ LODGED
____ RECEIVED ____ COPY

DEC 1 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-08271-001-PCT-DJH |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| Nathan Sutherland, | |
| Defendant. | |

## ORDER OF REFERRAL

Defendant, Nathan Sutherland, having requested permission to enter a plea of guilty, the Court refers the matter to a Magistrate Judge to administer the allocution pursuant to Rule 11, F.R.Crim.P., and to sentence the defendant.

The Magistrate Judge is requested to use the allocution drafted and used by the Court in conducting a guilty plea and sentencing.

Dated this 6th day of December, 2018.

Honorable Diane J. Humetewa
United States District Judge

CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty and sentencing before the United States Magistrate Judge.
I consent to the above referral:

Defendant _____

Counsel for Defendant _____

Assistant U.S. Attorney _____